NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VERA W. HUANG,**
*Plaintiff-Appellant,*

**and**

**YUN CHIOU CHENG,**
*Plaintiff,*

**v.**

**NANCY VAN TINE, BURNS & LEVINSON LLP, ROBIN LYNCH, PALM SMITH, ROBERT MULDOON, JR., DR. MENG YIH HUANG, P. GUILMET, CHARLES KAGAN, NORTHEAST HOUSING COURT, MASSACHUSETTS BAR ASSOCIATION, SALEM AND BOSTON BAR, BAR OVERSEERS, CHAIRMAN, AND BAR COUNSEL, GEORGE P. LORDAN, ARTHUR FRAWLEY, LISA GREENBURG, LISA A. JACOBOWITZZ, KIM PHELAN, MI NA HUANG, LEU SO MEI, WEN-CHIN LEU, OF CHIEN-CHUEN PLASTIC CO. LTD., DR. MARILEA K. MILLER, EARNEST LIN, OF ATI, JOSEPH PALEY, EXTERMINATOR HAZLEWOOD, and A-Z INSURANCE COMPANY,**
*Defendants-Appellees,*

**and**

**JUDGE EDWARD J. ROCKETT, JUDGE SEAN DUINPY, JUDGE SPENCER M. KAGAN, JUDGE JOHN CRONIN, JUDGE JOHN STEVENS, JR., JUDGE MARY M. MANZI, JUDGE DIGANGI,**

JUDGE D. KERMAN, JUDGE IRELAND, JUDGE CORDY, RALPH FINCH, ASSISTANT CLERK, JUDITH BRENNAN, KEVIN JONES, MAGISTRATE TRIPE, MAGISTRATE DORIS STENZIANI, LILLIAN C. ANDRUSZKIEWICZ, CLERK HOLLIEY WHITE, JOSEPH LARO, COURT REPORTER, PROBATION OFFICER SLIVASKI, RUDOLF JAWORSKI, INSPECTOR ROBERT FOLEY, INSPECTOR BERNARD CLANCY, ESSEX COUNTY SECRETARY OF THE TREASURY, MASSACHUSETTS ATTORNEY GENERAL, SALEM DISTRICT COURT, SALEM SUPERIOR COURT, MIDDLESEX DISTRICT ATTORNEY, SALEM PROBATE AND FAMILY COURT, TOWN OF NORTH ANDOVER, MIDDLESEX COUNTY SECRETARY OF THE TREASURY, CITY OF LOWELL HEALTH DEPARTMENT AGENT, MASSACHUSETTS JUDICIAL CONDUCT COMMISSION, CHIEF JUSTICE M. MARSHALL, MASSACHUSETTS SUPREME COURT, STATE OF MASSACHUSETTS, BOSTON DISTRICT ATTORNEY, and BOSTON DISTRICT COURT,
*Defendants-Appellees,*

**and**

UNITED STATES,
*Defendant-Appellee.*

2010-1346

Appeal from the United States District Court for the Southern District of New York in case no. 08-CV-7452, Judge Sidney H. Stein.

## ON MOTION

## O R D E R

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Second Circuit.

Vera W. Huang appears to be appealing from a decision of the United States District Court for the Southern District of New York that granted the defendants' motion to dismiss Huang's complaint. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon our review of the docketed appeal, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 21 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

**MAY 2 0 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Vera W. Huang
    Jennifer G. Miller, Esq.
    Jeanne E. Davidson, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2010

JAN HORBALY
CLERK